# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff* | § § § | |
| **v.** | § § | **Case No. 1:22-CR-78-RP** |
| **SHANNON WILSON,** *Defendant* | § § | |

## O R D E R

Now before the Court is Defendant Shannon Wilson's Motion to Substitute Court Appointed Defense Counsel, filed October 3, 2022 (Dkt. 47). On October 7, 2022, the District Court referred the motion to the undersigned Magistrate Judge for resolution, pursuant to 18 U.S.C. § 3006A(b), 28 U.S.C. § 636(b)(1)(A), and Rule 44 of the Federal Rules of Criminal Procedure. Dkt. 48.

An amended final judgment was entered in this case on September 23, 2022, and Defendant has filed a notice of appeal to the United States Court of Appeals for the Fifth Circuit. Dkts. 41, 43. Defendant now asks that appellate counsel be substituted for Supervisory Assistant Federal Public Defender Horatio R. Aldredge for appeal of this case.

Having considered the motion, the undersigned finds that there is good cause to grant the motion and substitute counsel, and that Defendant has received notice. **IT IS THEREFORE ORDERED** that Horatio R. Aldredge is hereby **WITHDRAWN** as Defendant's counsel of record.

Defendant has been detained since his arrest on March 30, 2022, and sentenced to a term of imprisonment. Consistent with the Order Regarding Financial Status (Dkt. 9), the Court finds that Defendant is financially unable to employ appellate counsel, and that the interests of justice require that counsel be appointed to represent him on appeal.

**IT IS FURTHER ORDERED** that **Philip J. Lynch #00789880** is hereby **APPOINTED** to represent Defendant on appeal.

**SIGNED** on October 14, 2022.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE